THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIE NELSON, GONZIE LEE ATTAWAY and WILLIAM BUTLER, Appellants.

Argued May 23, 1950; decided June 2, 1950.

*Adolph M. Newman* for appellants.

*Gordon Steele, District Attorney* (*George H. Metz* and *Leonard Finkelstein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.